VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, v.

SERGE RUBINSTEIN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1042.]